**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| WILLIAM ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:23-cv-4026 |
| ) | |
| DEMAL BRAKMIC, and ) | |
| ON TIME TRANSPORT, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, Defendant Demal Brakmic ("Brakmic") and Defendant On Time Transport, LLC ("On Time Transport") by and through undersigned counsel, hereby remove Case No. RL-2023-CV-000043 (the "State Court Action") from the District Court of Riley County, Kansas to the United States District Court for the District of Kansas on the ground that jurisdiction exists under 28 U.S.C. § 1332(a)(1). In support of removal, Defendants state as follows:

1. On March 1, 2023, Plaintiff William Anderson filed his Petition in the District Court of Riley County, Case No. RL-2023-CV-000043 naming Brakmic and On Time Transport as the Defendants (Ex. A, District Court File).

2. Defendant On Time Transport, LLC, was served with the Petition through its Registered Agent in Kansas, Alen Donlic, by Certified Mail. (Ex. B, Notice of Service of Petition). Defendant On Time Transport, LLC was served via Certified Mail on March 13, 2023.

3. Defendant Brakmic has not been properly served in this matter, but voluntarily consents to becoming part of this action.

4. Defendant On Time Transport, LLC files this Notice of Removal within thirty (30) days after the receipt by Defendant On Time Transport, LLC of a copy of the initial pleading, pursuant to 28 U.S.C. § 1446(b)(1). As noted above, Defendant Brakmic has not been properly served. Accordingly, this Notice of Removal is timely.

3.  Upon information and belief, Plaintiff Anderson is a citizen of Kansas. Upon information and belief, Plaintiff Anderson is neither a citizen of Nebraska or Colorado.

4.  The citizenship of an LLC is determined by the citizenship of its members. *See Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1234 (10th Cir. 2015)(" Like every other circuit to consider this question, this court concludes an LLC, as an unincorporated association, takes the citizenship of all its members." (citations omitted)).

5.  On Time Transport, LLC is a single-member LLC.

6.  The sole member of On Time Transport, LLC is Alen Donlic.

7.  Alen Donlic is a citizen of Nebraska.

8.  On Time Transport, LLC is, therefore, a citizen of Nebraska.

9.  Demal Brakmic is a citizen of Colorado.

10. Upon information and belief, Plaintiff William Anderson is a citizen of Kansas.

11. At the time this action commenced and at all times since, Plaintiffs and Defendant are and remain citizens of different states.

12. To confer subject matter jurisdiction on this Court based on diversity jurisdiction, the amount in controversy must exceed $75,000, exclusive of interest and costs. 28 U.S.C. 1332(a).

13. "[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold," but the notice need not contain

evidentiary submissions. *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81 (2014) (citing 28 U.S.C. § 1446(a)).

14. To satisfy the amount-in-controversy requirement, a defendant has never been historically required to show that damages are greater or will likely prove greater than the diversity threshold. *Hammond v. Stamps.com Inc.*, 844 F.3d 909, 911–12 (10th Cir. 2016) (citations omitted). Instead, the only thing that a defendant needs to show is that a fact finder might legally conclude that damages exceed the required amount. *Id.* at 912.

13. Plaintiffs are claiming that Defendant is responsible for injury to Plaintiff arising from an alleged collision between Plaintiff in a pickup truck and Defendant Brakmic in a semi-truck. Plaintiff alleges that he has suffered damages including medical bills in excess of $10,000, economic losses, loss of function and disability, and future harm and loss. Plaintiff also asserts a loss of consortium/services claim on behalf of his wife. Plaintiff alleges his damages to be in amount in excess of $75,000.

14. Accordingly, a fact finder might legally conclude that the damages sought are greater than $75,000.00. Therefore, this is a civil action over which the District Courts of the United States have original jurisdiction under diversity of citizenship under 28 U.S.C. § 1332 (a)(1).

15. Removal of this action is not prohibited by any federal statute.

16. Attached as Exhibit A are all process, pleadings, orders, and other documents on file in the District Court of Riley County, Kansas and served on these Defendants.

17. After filing this Notice of Removal, Defendant will file a copy of this pleading with the Clerk of the District Court of Johnson County, Kansas, and with counsel for all other parties.

18.     If any questions arise as to the propriety of the removal of this action, Defendant respectfully requests the opportunity to present a brief and oral argument in support of its position that this action is removable.

WHEREFORE, Defendant by and through counsel, and through the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the Clerk of the District Court of Riley County, Kansas, effects the removal of said civil action to this Honorable Court.

This 12th day of April 2023.

                                      Respectfully submitted,

                                      MCANANY, VAN CLEAVE & PHILLIPS, P.A.

                                      /s/ Byron A. Bowles
Byron A. Bowles, Jr., #16579
Brian M. Israel, #29279
10 E. Cambridge Circle Drive, Suite 300
Kansas City, KS 66103
Ph: (913) 371-3838
Fx: (913) 371-4722
bbowles@mvplaw.com
bisrael@mvplaw.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on the ____ day of _____ 2023, the above and foregoing was filed with the Clerk of the Court via the Court's electronic filing system, which will serve electronic notification of such filing on the following counsel of record:

Patrik W. Neustrom, #09360
NEUSTROM & ASSOCIATES, P.A.
118 S. 7th Street
Salina, KS 67401
Ph: (785) 825-1505
Fx: (785) 827-2425
patrick@neustrom.com
ATTORNEY FOR PLAINTIFF

_____
ATTORNEYS FOR DEFENDANTS